3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-01-213 |
| Andrea G. Salas | § | |

MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for the entry of default against Andrea G. Salas who has not filed an answer or other responsive pleading in this cause.

        Respectfully submitted

        BENNETT, WESTON & LaJONE, P.C.

By: _____
        J. Michael Weston
        Texas Bar No. 21232100
        SD Tex. No. 21538
        Attorney in Charge
        Charles I. Appler
        Texas Bar No. 00788995
        SD Tex. No. 23055
        1750 Valley View Lane, Suite 120
        Dallas, Texas 75234
        Telephone: (214) 691-1776
        FAX: (214) 373-6810
        Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Andrea G. Salas at 1202 South Eye Harlingen, TX 78550, by (1) certified mail, return receipt requested, No. 7001 1940 0006 6786 7118, and (2) regular, first class mail on the 14th day of February, 2002.

_____