5

U.S. District Court
Southern District of Texas
FILED

FEB 19 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-01-213 |
| Andrea G. Salas | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Andrea G. Salas in that the defendant has not filed an answer or other responsive pleading in this cause.

Done this 19th day of February, 2002, at Brownsville Texas.

Michael N. Milby, Clerk

_____
United States Deputy District Clerk