UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-213 |
| ANDREA G. SALAS | § | |

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 4) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | |
|---|---|---|
| 1. Principal Balance as of March 17, 1991 | | $ 4,057.34 |
| 2. Current Interest | | $ 2,369.40 |
| 3. Administrative Fees, Costs, Penalties | | $ 0.00 |
| 4. Attorney's Fees | | $ 550.00 |
| 5. Pre-Judgment Interest Rate Per annum | | 8.00% |
| 6. Daily Accrual: | | $ 0.89 |
| 7. TOTAL Balance Due (Including Attorney's Fees) | | $ 6,976.74 |
| 8. Post Judgment Interest equals 2.66 % per annum | | |

DONE in Brownsville, Texas, this 27 of March 2002.

Hilda G. Tagle
United States District Judge