UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 0 2 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-01-213 |
| | § | |
| Andrea G. Salas | § | |

## MOTION TO CORRECT JUDGMENT

The United States moves to correct the judgment entered in this action.

1. Judgment was entered on March 28, 2002.

2. The judgment contains the following error: the date on the principal balance shows 1991 but should be 1999.

3. A proposed corrected is being submitted with this Motion.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By_____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this _28th_ day of _March_, 2002.

_____

## CERTIFICATE OF CONFERENCE

    The United States attempted to telephone defendant on March 28, 2002, but was not able to talk with debtor about this motion. There was no answer from the home phone nor at her place of business.

_____