UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
*versus* § Civil Action B-01-213
§
Andrea G. Salas §

United States District Court
Southern District of Texas
ENTERED
APR 0 9 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## CORRECTED JUDGMENT

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED:

B. Plaintiff's Motion for Default Judgment (Pleading No. 4) is hereby GRANTED: and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of March 17, 1999      $ 4,057.34

2. Current Interest                             $ 2,369.40

3. Administrative Fees, Costs, Penalties        $     0.00

4. Attorney's Fees                              $   550.00

5. Pre-Judgment Interest Rate per annum               8.00%

6. Daily Accrual:                               $     0.89

7. TOTAL Balance Due (Including Attorney's Fee) $ 6,976.74

8. Post Judgment Interest equals 2.66% per annum

DONE in Brownsville, Texas, this ____ of _____, 2002.

_____
Hilda G. Tagle
United States District Judge